IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
United States District Court
Southern District of Texas
**ENTERED**
February 20, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-18-553 |
| | § § § § | |
| JOSUE GARCIA-VELASQUEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 20). The motion for continuance is GRANTED. The presentence report is to be disclosed by April 19, 2019. The sentencing hearing is reset to **May29, 2019 at 9:00 a.m.** Objections to the presentence report are due by May 10, 2019.

SIGNED on February 20, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge